ACCEPTED
14-15-00554-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 10:35:10 PM
CHRISTOPHER PRINE
CLERK

**S P A T E S**

Taura Spates
Attorney At Law
P.O. Box 742393
Houston, TX  77274

(713) 203-3861 Ph
(281) 206-2660 Fx

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 10:35:10 PM
CHRISTOPHER A. PRINE
Clerk

September 16, 2015

DELIVERED VIA ELECTRONIC FILING

Fourteenth Court of Appeals
310 Fannin St., Suite 245
Houston, Texas 77002

RE:        Court of Appeals Number: 14-15-00554-CV
           Trial Court Case Number: 2001-61475

           Style: In The Interest of C.Y.K.S., a Child

Dear Christopher A. Prine:

In accordance with the Fourteenth Court Appeals' letter of September 1, 2015, and pursuant to Tex. R. App. P. 35.3(b) all fees for the cost of the court reporter's record have been paid, as evidenced by the attached receipt.

Please contact me at (713) 203-3861 if you have any questions.

Regards,

Taura Spates
Attorney at Law
TX SBN:  24071745
Tel: (713) 203-3861
Fax: (281) 206-2660

TD

Attachment

LISA FORT, CSR
2906 WATERLOO DRIVE
PEARLAND, TEXAS   77581

_____

July 13, 2015


Ms. Taura Spates
P.O. Box 742393
Houston, Texas 77274

    **Cause No. 2001-61475; In the Interest of
    Christian Yvonne Spates; In the 312th
    District Court of Harris County, Texas.**

    ***********************************************


PROFESSIONAL SERVICES

    Requested proceedings in the above-styled case; the
Honorable David Farr, Presiding.


                **AMOUNT FOR TRANSCRIPT   $ 500.50**

                        **PAID.**




                        **THANK YOU.**